

**Philip S. Burnham, II, Esq.**
Licensed in NJ & PA
Atty ID 030951990

**Michelle J. Douglass, Esq.,** Of Counsel
Licensed in NJ
Certified as a Civil Trial Lawyer by the Supreme Court of NJ
Atty ID 025091988

**Keith W. Diener, Esq., L.L.M.**
Licensed in NJ, NC, VA & D.C.
Atty ID 227612016

**Not a Partnership**
www.burnhamdouglass.com
info@burnhamdouglass.com

August 11, 2021

<u>*Via: ECF Only*</u>
Honorable Noel L. Hillman, U.S.D.J.
United States District Court – District of New Jersey
Mitchell H. Cohen Building
& U.S. Courthouse
4th & Cooper Streets
Court Room 3A
Camden, New Jersey 08101

    Re: **Stacie Lick v. The Gloucester County Prosecutor's Office, et al.**
          **Case 1:21-cv-13564-NLH-KMW**

Dear Honorable Judge Hillman:

    Greetings. We represent Plaintiff, Stacie Lick, in the above-referenced matter. Currently, before your Honor, there are three pending Motions as follows: Defendants Gloucester County Prosecutor's Office and Gloucester County's Motion to Dismiss, Defendants Thomas Gilbert and

Main office: 8000 Sagemore Dr, Ste 8303, Marlton, NJ  08053 T: 856-751-5505  Fax: 856-751-5516
Northfield Office: 450 Tilton Rd., Ste 200B, Northfield, NJ 08225

This correspondence contains confidential material and may not be used for purposes inimical to NJ Evidence Rule 408 regarding settlement negotiations.

Honorable Noel L. Hillman, U.S.D.J.
August 11, 2021
Page No. 2

William Perna's Motion to Dismiss, and Defendants James Ballenger's Motion to Dismiss. The return date for all motions is September 07, 2021.

Respectfully, we are requesting under L.Civ.R. 7.1(d)(5) a one-cycle adjournment of the aforementioned Motions to the next return date, which is September 20, 2021. The originally noticed motion day has not previously been extended or adjourned. Therefore, Plaintiff's responses will be due on September 07, 2021, and any reply brief will be due on September 13, 2021.

In addition, please be advised that Defendants Gloucester County Prosecutor's Office, Gloucester County, and James Ballenger have consented to this request.

Thank You for all Your courtesies on this matter.

Respectfully submitted,

**BURNHAM DOUGLASS**
Attorneys for Stacie Lick

*/s/ **Michelle J. Douglass***
Michelle J. Douglass, Esq.

*/s/ **Philip S. Burnham, II***
Philip S. Burnham, II, Esq.

C.c.   Michael T. Wilkos, Esq. *(Via ECF Only)*
Patrick J. Madden, Esq. *(Via ECF Only)*
Joseph G. Antinori, Esq. *(Via ECF Only)*
Therese M. Taraschi, Esq. *(Via ECF Only)*
Stacie Lick *(Via Email Only)*

This correspondence contains confidential material and may not be used for purposes inimical to NJ Evidence Rule 408 regarding settlement negotiations.