UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| STACIE LICK,<br>        Plaintiff,<br><br>   v.<br><br>GLOUCESTER COUNTY PROSECUTOR'S OFFICE, GLOUCESTER COUNTY, THOMAS GILBERT (in his individual and official capacity), JAMES BALLENGER (in his individual and official capacity), WILLIAM PERNA (in his individual and official capacity), CHARLES FIORE (in his individual and official capacity, & JANE/JOHN DOES 1-5 (in their individual and official capacities, if applicable),<br><br>        Defendants. | No. 1:21-cv-13564-NLH-AMD<br><br>**ORDER** |

    For the reasons expressed in the Court's Opinion filed today,

    IT IS on this __26th__ day of __October__, 2022

    ORDERED that Defendants' Motions to Dismiss the Second Amended Complaint (ECF 20, 21, 22, 35) be, and the same hereby are, GRANTED.

At Camden, New Jersey

s/ Noel L. Hillman
NOEL L. HILLMAN, U.S.D.J.